CAROLYN SMOLA et al., Respondents, v. EASTERN ROLLER DERBY, INC., et al., Appellants.—

In our opinion, the verdicts were excessive. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.